IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. WR-45,719-02






EX PARTE ANTHONY GUY FUENTES, Applicant








ON APPLICATION FOR WRIT OF HABEAS CORPUS


FROM HARRIS COUNTY






 Price, J., filed a statement dissenting to the dismissal of the Application, in
which Holcomb, J., joined


S T A T E M E N T




 I dissent to the dismissal of the application. I would grant a stay of execution
based on the reasons stated in my opinion in Ex parte Green, No. WR-45,219-02 (Tex.
Crim. App. Oct. 21, 2004). Because a majority of the Court votes to do otherwise, I
respectfully dissent.

Filed: November 17, 2004.

Do Not Publish.